AO 450(Rev. 5/85)Judgment in a Civil Case 

# United States District Court
## Northern District of Illinois
### Eastern Division

Steven Sapienza             **JUDGMENT IN A CIVIL CASE**

v.                              Case Number: 06 C 5599

County of Cook, et al.

- ■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the jury finds in favor of the defendants.

Michael W. Dobbins, Clerk of Court

Date: 2/25/2008

/s/ Sandra L. Brooks, Deputy Clerk